# IN THE CIRCUIT COURT C-08-CV-18-44
# FOR CHARLES COUNTY

Sir Leander E Gamble
  Plaintiff

V

Shellpoint Mortgage Servicing

**FILED FEB 13 2018 CIRCUIT COURT FOR CHARLES CO., MD.**

## Complaint (Amended)

Here comes Sir Leander E Gamble seeking damages for Intentional Affliction of Mental and emotional distress, Improper and or Illegal collection practices, Abuse of collection practices and Harrasment and menacing.

Plaintiff seeks 300,000 or deemed fit by Your Honor.

Plaintiff asserts for ove the last year (365 days) Shellpoint represenatives and or autodial have called plaintiff non stop approximately 10-20 days a month sometimes 2-3 times a day. Demanding mortgage payment that is not even late or delinquent. Plaintiff will prove complaint through Subpoena, Interrogatories and or deposition.

Respectfully

Sir Leander Gamble

2/13/18

# IN THE CIRCUIT COURT FOR CHARLES COUNTY

C-08-CU-18-44

Sir Leander E Gamble
    Plaintiff

V

Shellpoint Mortgage Servicing

## MOTION TO DENY Defendants REQUEST FOR Dismissal and OR MORE Definite Statement.

Request for dismissal seems to be premature. Request for dismissal should have gone to DISTRICT COURT where the case WAS. Instead defendant request Jury Trial. Case moved to Circuit Court. Request for dismissal was submitted before plaintiff even filed complaint in Circuit Court.

Defendants request for dismissal due to failure to state a claim upon which relief can be granted also should be dismissed.
Relief may be granted for:
Intentional Affliction of mental and emotional distress, Improper collection practices, Abuse of collection practices, Harrasment and or menacing.

2/13/18

Respectfully
Sir Leander Gamble

C-08-CV-18-44

I would also like to ask Your Honor to deny defendants request for more definite statement.

Plaintiffs complaint is very clear.
It list who, what, when, where and how.

It seems as defendant wants the whole case and evidence laid out in the complaint.
Defendants questions will be answered through interrogotories and deposition.

Respectfully
Sir Leander E Gamble
Sir LME
2/13/18

# Certificate of Service

I Certify that on this day 2/13/18 a copy of Plaintiffs complaint and motion to deny defendants motions. was mailed this 13th day of february 2018. To defendants lawyer STERN & Eisenberg.

Paul J Moran
9920 franklin Square DR
Suite 100
Baltimore MD 21236

Sir Leander E Gamble

10025 Penjack PL
Waldorf MD 20603